IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ELBERT LEE WILLIAMS,  :
        Petitioner  :
VS.  :
Warden JOSE MORALES,  :  NO. 7:11-cv-54 (HL)
        Respondent  :  **O R D E R**

Petitioner **ELBERT LEE WILLIAMS**, an inmate at Johnson State Prison in Wrightsville, Georgia, has filed an application for writ of habeas corpus designated for the "Superior Court of Johnson County." In his petition, petitioner seeks to challenge the validity of the May 28, 2010 revocation of his probation in the Superior Court of Thomas County, Georgia.

It appears to the undersigned that petitioner has mistakenly filed his habeas corpus petition in this Court. The caption indicates that the petition was meant to be filed in a Georgia superior court and this Court is a federal one. Accordingly, the petition is hereby **DISMISSED WITHOUT PREJUDICE**, so that petitioner may file it in superior court.

To the extent that petitioner is attempting to challenge the validity of his probation revocation in this Court, petitioner is advised that he must first exhaust his remedies in state court. After he has completed all avenues available to him in the state courts, petitioner will then be permitted to file in federal court.

The Clerk is **DIRECTED** to **RETURN** to petitioner his original filing. For petitioner's information, the address of the Superior Court of Johnson County is 2557 East Elm Street, P.O. Box 321, Wrightsville, Georgia 31096.

**SO ORDERED**, this 3rd day of May, 2011.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr