IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ELBERT LEE WILLIAMS, : | |
| Petitioner : | |
| VS. : | NO. 7:11-cv-54 (HL) |
| Warden JOSE MORALES, : | |
| Respondent : | **O R D E R** |

On May 3, 2011, this Court dismissed without prejudice Petitioner **ELBERT LEE WILLIAMS'** habeas corpus petition (Doc. 4). Presently before the Court is Petitioner's untimely notice of appeal, construed as a motion for a certificate of appealability ("COA") (Doc. 6). The Court hereby **DENIES** Petitioner's motion for a COA as the Court finds that Petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 73, 478 (2000).

Petitioner's motions for leave to proceed IFP on appeal (Doc. 8) and for "compensation" (Doc. 9) are **DENIED AS MOOT**.

**SO ORDERED**, this 25th day of October, 2011.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr